ALONZO WOOD vs. INHABITANTS OF HUDSON.

Upon an assessment by a sheriff's jury of the damages caused by taking land for a way, the value of the direct benefit done the estate should be deducted.

MOTION in the Superior Court for the acceptance of a verdict of a sheriff's jury awarding damages to the petitioner's estate, caused by the laying out of a way.

At the trial before the sheriff, " the respondents offered evidence tending to prove that the remainder of the petitioner's land over which said town way was so laid out was greatly benefited and enhanced in value on account of said laying out of said town way, and claimed that such benefit should be allowed by way of set-off under the provisions of Gen. Sts. c. 43, § 16. To this evidence the petitioner objected. After discussion, the petitioner and the respondents agreed that, for the purposes of this trial, said laying out of said town way was December 5, 1871. Thereupon the sheriff excluded the evidence."

In the Superior Court the verdict was accepted, and the respondents appealed.

*G. A. Somerby & W. B. Gale*, for the petitioner.

*T. H. Sweetser & J. T. Joslin*, for the respondents.

GRAY, C. J. Assuming, as contended by the petitioner, that the laying out of the way was after the St. of 1871, c. 382, took effect, the direct benefits thereby occasioned to the land of the petitioner should have been deducted from his damages. *Green* v. *Fall River*, 113 Mass. 262.       *Verdict set aside.*